FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YOVANI AUDELO-CEJA (1),<br>FRANCISCO GARCIA-RODRIGUEZ (2),<br>Defendants. | Criminal Case No. 08CR1971-W<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting |

The United States Attorney charges:

On or about May 30, 2008, within the Southern District of California, defendants YOVANI AUDELO-CEJA and FRANCISCO GARCIA-RODRIGUEZ, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Marina Franco-Flores, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

[signature] For

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:San Diego
6/11/08