6-1

AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JMS DEPUTY

UNITED STATES OF AMERICA

v.

YOVANI AUDELO-CEJA (1)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1971-W

I, YOVANI AUDELO-CEJA, the above named defendant, who is accused of committing the following offense:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/17/08. prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Yovani Audelo Ceja
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER